IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| THE PAUL REVERE LIFE ) <br> INSURANCE COMPANY ) <br> ) <br>     Plaintiff ) <br> ) <br> v. ) <br> ) <br> EDWIN HOFF ) <br> ) <br>     Defendant ) | CIVIL ACTION <br><br> FILE NO. 7:06-CV-00066-HL |

## **DEFAULT FINAL JUDGMENT**

In this cause, defendant was regularly served with process, as appears from the record and papers on file, and failed to appear or plead or answer plaintiff's complaint, within the time allowed by law.  As the time for appearing, pleading, or answering had expired, and on application of plaintiff, the default of defendant was entered in this action.

It further appears from the record that because defendant is not an infant nor an incompetent person, plaintiff is entitled to judgment.

Therefore, it is adjudged that plaintiff shall recover from defendant $40,555.83, (representing $32,509.68 in restitution, and prejudgment interest at the rate of 8.25% per annum, in the amount of $8,046.15), with post-judgment

interest at the rate of 5.25 % per annum from the date of this judgment until paid, for which sums let execution issue.

Jurisdiction is reserved to award plaintiff its attorneys' fees and taxable costs.

SO ORDERED this 4th day of October, 2006.

**S/   Hugh Lawson**
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

Order presented by:

*/s/ Joelle C. Sharman*
H. Sanders Carter, Jr.
Georgia Bar No. 114100
Joelle C. Sharman
Georgia Bar No. 637931

Attorneys for Plaintiff
The Paul Revere Life Insurance
   Company

CARTER & ANSLEY LLP
Suite 2300, Atlantic Center Plaza
1180 West Peachtree Street
Atlanta, Georgia 30309
(404) 658-9220 - *Telephone*
(404)  658-9726  -  *Facsimile*
*scarter@carteransley.com*
*jsharman@carteransley.com*