IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OFGEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| THE PAUL REVERE LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | CIVIL ACTION |
| v. | ) ) | NO. 7:06-CV-00066-HL |
| EDWIN HOFF, | ) ) | |
| Defendant. | ) | |

## ORDER

By Order entered October 4, 2006, default judgment was entered against Defendant, Edwin Hoff. In the Order granting default judgment, the Court reserved jurisdiction to award attorneys' fees and costs. Plaintiff, The Paul Revere Life Insurance Company, has now moved for an award of attorneys' fees (Doc. 11 and Doc. 12). The Court, having considered the Motions, finds that the amount of attorneys' fees sought, $4,532.50, is reasonable and grants the same. Therefore, Plaintiff shall recover from Defendant attorneys' fees in the amount of $4,532.50. The Clerk is directed to enter judgment on this attorneys' fees award. There being no other matters pending, the Clerk is directed to close the case.

SO ORDERED this 16th day of November, 2006.

**S/     Hugh Lawson**
HUGH LAWSON, JUDGE